# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | Efren Alexander Aviles-Pacheco | CASE INFORMATION: | |
| JUVENILE: | No | RELATED COMPLAINT: | No |
| PUBLIC or SEALED | Public | CASE NUMBER: | 23-0049-S BLW |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Warrant | | |
| ISSUE: | Yes | County of Offense: | Canyon |
| INTERPRETER: If YES, language: | | | |

U.S. COURTS
FEB 15 2023
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**          Class A Misdemeanor: **No**
                         Class B or C Misdemeanor: **No**

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | ONE | Possession with Intent to Distribute Methamphetamine | Mandatory Minimum 10 years and up to life, at least five years supervised release, $10,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | TWO | Possession with Intent to Distribute Fentanyl | At least 5 years and not more than 40 years imprisonment, at least four years supervised release, $5,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | THREE | Possession with Intent to Distribute Cocaine | Up to 20 years imprisonment, at least three years supervised release, $1,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 924(c)(1) | FOUR | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | Imprisonment for at least 5 years consecutive up to life and/or $250,000 fine, at least 3 years Supervised Release, $100 Special Assessment |
| 18 U.S.C. § 922(g)(1) | FIVE | Unlawful Possession of Firearms | Up to 15 years prison, 3 years supervised release, $250,000 fine, and a $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE | Drug Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) | FORFEITURE | Firearm Forfeiture | Forfeiture of listed property |

Date: 15 February 2023          Assistant U.S. Attorney: **CHRISTIAN S. NAFZGER**
                                Telephone No.: (208) 334-1211